IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,          )
                                   )      1:14-cr-00018
          Plaintiff,               )      1:12-cr-00067
                                   )
     vs.                           )
                                   )
DANNY JOEL HUMMEL,                 )
                                   )
          Defendant.               )

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY (FED. R. CRIM. P. 11(c)(1)(C) PLEA AGREEMENT TO INFORMATION)

The United States of America and the defendant, having
both filed a written consent to conduct of the plea proceedings by
a magistrate judge, appeared before me pursuant to Fed. R. Crim.
P. 11 and LCrR 11. The defendant entered a plea of guilty to a one
count United States Attorney's Information, charging him with use
of a computer service to transport obscene material, in violation
of 18 U.S.C. § 1462(a). Defendant also admitted a violation of his
Supervised Release conditions as alleged in Case No. 1:12-cr-67,
filing number 60. Written waiver of indictment was filed following
the appropriate proceedings in which defendant was advised of his
right to be charged by indictment.

After advising and questioning the defendant under oath
concerning each of the subjects addressed in Rule 11(b)(1), I
determined that the guilty plea was in its entirety voluntarily,
knowingly and intelligently made and did not result from force,
threats, or promises (other than promises in the plea agreement).

I further determined that there is a factual basis for the guilty plea on each of the essential elements of the offense(s) in question. A plea agreement was disclosed at the plea proceeding and defendant stated he understood its terms and agreed to be bound by them. To the extent the plea agreement is of the type specified in Rule 11(c)(1)(A) or (C) defendant was advised the district judge to whom the case is assigned may accept the plea agreement, reject it, or defer a decision whether to accept or reject it until the judge has reviewed the presentence report as provided by Rule 11(c)(3)(A). Defendant was advised he may withdraw his plea of guilty only should the Court decline to impose the recommended sentence.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. A presentence report has been ordered and sentencing proceedings scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATE

NOTICE

Failure by a party to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service will result in waiver by that party of the right to make objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1)(B). The Report and Recommendation was served this date by delivery of a copy thereof to counsel for the government and defendant in open court.

2